**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy           4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bikram's Yoga College of India LP, a limited partnership** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-0885846** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2731 Erringer Road**<br>**Simi Valley, CA 93065**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ventura**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor    **Bikram's Yoga College of India LP, a limited partnership**        Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Bikram's Yoga College of India LP, a limited partnership** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Bikram's Yoga College of India LP, a limited partnership** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  9, 2017**
MM / DD / YYYY

**X** **/s/ A. John A. Bryan, Jr.**
Signature of authorized representative of debtor

**A. John A. Bryan, Jr.**
Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Martin J. Brill**
Signature of attorney for debtor

Date **November  9, 2017**
MM / DD / YYYY

**Martin J. Brill 53220**
Printed name

**Levene, Neale, Bender, Yoo & Brill LLP**
Firm name

**10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234**    Email address

**53220**
Bar number and State

---

**RESOLUTION OF BIKRAM'S YOGA COLLEGE OF INDIA LP, A CALIFORNIA LIMITED
PARTNERSHIP, AUTHORIZING FILING OF PETITION UNDER CHAPTER 11
OF THE BANKRUPTCY CODE**

I, Bikram Choudhury, general partner of Bikram's Yoga College of India LP, a California limited partnership (the "Company"), hereby certify that the following is a true and correct copy of resolutions duly adopted by the Company:

WHEREAS, due to existing circumstances, it is appropriate for the Company to file a voluntary petition for relief under chapter 11 of title 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. ("Chapter 11") as soon as practical; and it be further

RESOLVED, that the Company shall and hereby does retain The Watley Group, LLC ("Watley"), to act as the exclusive restructuring advisor to the Company in connection with such chapter 11 proceeding and other related matters in connection therewith, and that John A. Bryan Jr. ("Bryan") is hereby appointed and shall serve as the Company's Chief Executive Officer and Chief Restructuring Officer; and be it further

RESOLVED, that Watley and Bryan be, and hereby are, authorized and empowered to execute a voluntary petition for relief under Chapter 11 in the United States Bankruptcy Court for the Central District of California; and be it further

RESOLVED, that, after the date of the Company's bankruptcy filing, Watley through Bryan, be and hereby is, authorized and directed to take any and all further action to execute and deliver any and all such further instruments and documents and to pay all expenses (subject to Bankruptcy Court approval), where necessary and appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein, including the right to negotiate and execute any related documents, including, but not limited to, cash collateral stipulations, debtor-in-possession financing agreements, the schedules and statement of financial affairs, applications, motions and petitions for Court approval and other relief, a plan or plans of reorganization and pleadings in adversary proceedings; and be it further

RESOLVED, that the Company shall retain Levene, Neale, Bender, Yoo & Brill L.L.P. as bankruptcy counsel upon such terms and conditions as Watley shall approve, to render legal services to, and represent, the Company in connection with such chapter 11 proceeding and other related matters in connection therewith; and be it further

RESOLVED, that all actions taken by Watley on behalf of the Company with respect to the reorganization of the Company or any matter related therein, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved.

IN WITNESS WHEREOF, the undersigned has signed this certificate this *15* day of October 2017.

BIKRAM'S YOGA COLLEGE OF INDIA LP,
A ~~California limited~~ partnership

By _____
Bikram Choudhury
General Partner

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Bikram's Yoga College of India LP, a limited partnership** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Miki Jaffa Bodden c/o Carla Minnard 4100 Redwood Rd Ste 145 Oakland, CA 94619-2363** | **(510) 479-1475** | **Disputed Judgment** | **Contingent Unliquidated Disputed** | | | **$8,000,000.00** |
| **Petra Starke c/o Bird Marella 1875 Century Park East, 23rd Floor Los Angeles, CA 90067-2561** | **(310) 201-2100** | **Disputed Judgment** | **Contingent Unliquidated Disputed** | | | **$5,100,000.00** |
| **Sharon Clerkin c/o Mary Shea 1814 Franklin Street, Suite 800 Oakland, CA 94610** | **mary@shealaw.com (510) 208-4422** | **Disputed Judgment** | **Contingent Unliquidated Disputed** | | | **$3,600,000.00** |
| **American Express Bank, FSB P.O. Box 30384 Salt Lake City, UT 84130** | | **Credit Card Charges** | | | | **$656,250.00** |
| **NAV-LVH, LLC c/o Grenspoon Marder 3993 Howard Hughes Pkwy, #400 Las Vegas, NV 89169** | **Phillip Sivestri, Esq. Phillip.Silvestri@gmlaw.com (702) 978-4249** | | **Contingent Unliquidated Disputed** | | | **$338,738.87** |
| **David Schack 2029 Century Park East, Suite 300 Los Angeles, CA 90067** | | **Services** | | | | **$175,683.21** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **Bikram's Yoga College of India LP, a limited partnership** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Union Bank P.O. Box 513840 Los Angeles, CA 90051** | | **Credit Card Line of Credit** | | | | $103,804.47 |
| **City National Bank 555 S Flower St Los Angeles, CA 90071** | | **Vehicle Payments** | | | | $76,543.26 |
| **Citi Advantage Citibank / Choice P.O. Box 9001037 Louisville, KY 40290-1037** | | **Credit Card Charges** | | | | $68,534.45 |
| **Union Bank P.O. Box 513840 Los Angeles, CA 90051** | | **Business Loan** | | | | $58,330.47 |
| **Ferrari Financial PO Box 510 Williamsville, NY 14231** | | **Vehicle Payments** | | | | $56,400.00 |
| **Robert Cohen 7 Waterfront Plaza 500 Ala Moana Blvd., Suite 400 Honolulu, HI 96813** | **(808) 664-0810** | **Legal Fees Owed** | | | | $32,143.40 |
| **Damon Ashcraft One Arizona Center 400 East Van Buren Street STE 1900 Phoenix, AZ 85004-2202** | | **Services** | | | | $30,283.84 |
| **Spectrum Cable Time Warner Cable PO Box 60074 City of Industry, CA 91716-0074** | | **Cable Services** | **Disputed** | | | $25,135.50 |
| **City National Bank 555 S Flower St Los Angeles, CA 90071** | | **Line of Credit** | | | | $21,600.00 |
| **Exxon Mobil P.O. Box 78072 Phoenix, AZ 85062-8072** | | **Credit Card Charges** | | | | $19,453.99 |
| **Chase Bank Auto Finance P.O. Box 901076 Fort Worth, TX 76101-2076** | | **Vehicle Payments** | | | | $15,047.65 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Bikram's Yoga College of India LP, a limited partnership**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Los Angeles Dept. of Water and Power PO Box 30808 Los Angeles, CA 90030-0808** | | **Utilities** | | | | **$8,178.13** |
| **McDonald & Carano 2300 W. Sahara Avenue Suite 1200 Las Vegas, NV 89102** | | **Services** | | | | **$5,471.72** |
| **City of Los Angeles P.O. Box 30420 Los Angeles, CA 90030** | | **Charges** | | | | **$3,000.00** |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Martin J. Brill 53220**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **53220** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>**Bikram's Yoga College of India LP, a limited partnership**<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  **November  9, 2017** _____

**/s/ A. John A. Bryan, Jr.** _____
Signature of Debtor 1

Date:  _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date:  **November  9, 2017** _____

**/s/ Martin J. Brill** _____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Bikram's Yoga College of India LP, a limited partnership
2731 Erringer Road
Simi Valley, CA 93065


Martin J. Brill
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067


American Express Bank, FSB
P.O. Box 30384
Salt Lake City, UT 84130


AT&T Cellular
PO Box 537104
Atlanta, GA 30353


Bank of America
Bank of America Business Card
P.O. Box 15710
Wilmington, DE 19850-5710


Blue Shield of California
50 Beale Street
San Francisco, CA 94105-1808


California State
Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-7072


Chase Bank
Auto Finance
P.O. Box 901076
Fort Worth, TX 76101-2076

Citi Advantage
Citibank / Choice
P.O. Box 9001037
Louisville, KY 40290-1037


City National Bank
555 S Flower St
Los Angeles, CA 90071


City of Los Angeles
P.O. Box 30420
Los Angeles, CA 90030


Damon Ashcraft
One Arizona Center
400 East Van Buren Street STE 1900
Phoenix, AZ 85004-2202


David Schack
2029 Century Park East, Suite 300
Los Angeles, CA 90067


Exxon Mobil
P.O. Box 78072
Phoenix, AZ 85062-8072


Ferrari Financial
PO Box 510
Williamsville, NY 14231


Los Angeles Dept.
of Water and Power
PO Box 30808
Los Angeles, CA 90030-0808

Mark Share
500 Ala Moana Blvd.
Suite 400
Honolulu, HI 96813


McDonald & Carano
2300 W. Sahara Avenue
Suite 1200
Las Vegas, NV 89102


Miki Jaffa Bodden
c/o Carla Minnard
4100 Redwood Rd Ste 145
Oakland, CA 94619-2363


NASA Services, Inc.
1100 South Maple Avenue
Montebello, CA 90640


Nautilus Insurance
7233 E Butherus Dr.
Scottsdale, AZ 85260


NAV-LVH, LLC
c/o Grenspoon Marder
3993 Howard Hughes Pkwy, #400
Las Vegas, NV 89169


Petra Starke
c/o Bird Marella
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561


Pitney Bowes
P.O. Box 278
Orangeville, ON L9W2Z7

Robert Cohen
7 Waterfront Plaza
500 Ala Moana Blvd., Suite 400
Honolulu, HI 96813


Sharon Clerkin
c/o Mary Shea
1814 Franklin Street, Suite 800
Oakland, CA 94610


Spectrum Cable
Time Warner Cable
PO Box 60074
City of Industry, CA 91716-0074


State Farm Insurance
Insurance Support Center - East
P.O. Box 588002
North Metro, GA 30029


State of California
Franchise Tax Board
PO BOX 942840
SACRAMENTO, CA 94240-0040


Susan Grueneberg
Two California Plaza
Los Angeles, CA 90071


T-Mobile
P.O. BOX 742596
Cincinnati, OH 45274-2596


Union Bank
P.O. Box 513840
Los Angeles, CA 90051

Union Bank of California
P.O. Box 513840
Los Angeles, CA 90051


UPS
Lockbox 577
Carol Stream, IL 60132-0577


Vicki I. Podberesky
Andrues / Podberesky
818 West 7th Street, Suite 960
Los Angeles, CA 90017


Victor Sherman P.L.C.
11400 West Olympic Blvd, Suite 1500
Los Angeles, CA 90064

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Martin J. Brill 53220**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**53220**<br><br>*Attorney for:* Debtor | CASE NO.:<br>CHAPTER: 11<br>ADVERSARY NO.:<br>(if applicable) |
| In re:<br><br>    **Bikram's Yoga College of India LP, a limited partnership**<br>                                                      Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

☑ Petition, statement of affairs, schedules or lists                                    Date Filed:    **November 9, 2017**
☐ Amendments to the petition, statement of affairs, schedules or lists        Date Filed:    _____
☐ Other *(specify):* _____                                                        Date Filed:    _____

**PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

    I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

November 9, 2017
Date: _____                                              _____
                                                                          Signature (handwritten) of authorized signatory of Filing Party

                                                                          **A. John A. Bryan, Jr.**
                                                                          Printed name of authorized signatory of Filing Party

                                                                          **Chief Executive Officer**
                                                                          Title of authorized signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

    I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part I - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

November 9, 2017
Date: _____                                              _____
                                                                          Signature (handwritten) of attorney for Filing Party

                                                                          **Martin J. Brill 53220**
                                                                          Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                                          F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL