**SKLAR KIRSH, LLP**
LOVEE D. SARENAS (SBN 204361)
Email: lsarenas@sklarkirsh.com
1880 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 845-64162
Facsimile: (310) 929-4469

Attorneys to Robbin L. Itkin, Chapter 7 Trustee

FILED & ENTERED

DEC 07 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY handy      DEPUTY CLERK

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**NORTHERN DIVISION**

| | |
|---|---|
| In re<br><br>BIKRAM'S YOGA COLLEGE OF INDIA, LP,<br><br>        Debtor.<br><br>In re<br><br>BIKRAM CHOUDHURY YOGA, INC.,<br><br>        Debtor.<br><br>In re<br><br>BIKRAM, INC.,<br><br>        Debtor.<br><br>In re<br><br>YUZ, INC.,<br><br>        Debtor.<br><br>In re<br><br>INTERNATIONAL TRADING REPRESENTATIVE, LLC,<br><br>        Debtor.<br><br>☒    Affects All Debtors | Case No. 9:17-bk-12045-DS<br><br>Chapter 7<br><br>Jointly Administered with:<br>9:17-bk-12046-DS<br>9:17-bk-12047-DS<br>9:17-bk-12048-DS<br>9:17-bk-12049-DS<br><br>**ORDER GRANTING MOTION OF THE TRUSTEE FOR AN ORDER APPROVING THE AGREEMENT WITH MINAKSHI JAFA-BODDEN FOR DISTRIBUTION OF PROCEEDS FROM SALE OF VARIOUS ASSETS OF THE ESTATES AND REGARDING TREATMENT OF CLAIM**<br><br>Hearing:<br>Date:    November 30, 2021<br>Time:   11:30 a.m.<br>Place:   Courtroom 201<br>          1415 State Street<br>          Santa Barbara, CA 93101<br>          (via Zoom for Government) |

A continued hearing was held at the above time and place on the "Motion of Chapter 7 Trustee for an Order Approving the Agreement with Minakshi Jafa-Bodden for Distribution of Proceeds from Sale of Various Assets of the Estates and Regarding Treatment of Claim" (the "Motion," Docket No. 531), filed by chapter 7 trustee Robbin L. Itkin (the "Trustee"). Appearances were noted on the record. Based on the Motion, the record in these cases, and the arguments presented at the hearings on the Motion, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted as follows:

1. The Distribution Agreement,[1] attached to the Itkin Declaration as Exhibit A, as amended by the "First Amendment to the Distribution Agreement," attached to the Supplemental Declaration as Exhibit D (the "Amendment"), is approved.

2. The Trustee is authorized to enter into, execute any documents and take all actions that are necessary or appropriate to consummate, and enforce the terms of the Distribution Agreement and the Amendment.

3. The Distribution Agreement are effective only as to the Assets sold by the Trustee to a successful buyer in the exercise of her business judgment and in the interests of the Estates and their creditors.

4. Ms. Bodden's claim, filed as Proof of Claim 6-2, will be reduced dollar for dollar in the amount of: (i) funds received pursuant to the Distribution Agreement and the contemplated transactions; and (ii) all prior disbursements to Ms. Bodden and her counsel pursuant to all prior agreements between the Trustee and Ms. Bodden.

5. The disbursement of proceeds due to Ms. Bodden under the Distribution Agreement will be in final satisfaction of Ms. Bodden's secured claims against the Estates, and distributions to the Estates pursuant to the Distribution Agreement will be free and clear of Ms. Bodden's secured claims and interests.

---

[1] Capitalized terms not defined in this order have the meanings defined in the Motion and in the "Supplemental Declaration of Robbin L. Itkin, Chapter 7 Trustee, in Support of Motion for an Order Approving the Agreement with Minakshi Jafa Bodden for Distribution of Proceeds from Sale of Various Assets of the Estates and Regarding Treatment of Claim" (the "Supplemental Declaration," Docket No. 547)

SKLAR KIRSH, LLP
ATTORNEYS AT LAW

4892-6846-6437.1

6. Ms. Bodden will have an allowed general unsecured claim for the balance of her claim after deduction of all proceeds received pursuant to the Distribution Agreement as set forth above.

###

Date: December 7, 2021

Deborah J. Saltzman
United States Bankruptcy Judge

4892-6846-6437.1